Margaret E. Dayton (SBN 274353)
PEDayton@winston.com
Shui Sum Lau (SBN 345456)
SsLau@winston.com
WINSTON & STRAWN LLP
333 S. Grand Avenue
Los Angeles, CA 90017-1543
Telephone: (213) 615-1700
Facsimile: (213) 615-1750

**Attorneys for Defendant**
**ALLSTATE INSURANCE COMPANY**

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONRAD JAMES, individually and ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiff,<br><br>v.<br><br>ALLSTATE INSURANCE COMPANY and HEAP INC.,<br><br>Defendants. | Case No. 4:23-cv-01931-KAW<br><br>**DEFENDANT ALLSTATE INSURANCE COMPANY'S CORPORATE DISCLOSURE STATEMENT** |

In accordance with Federal Rule of Civil Procedure 7.1, Defendant Allstate Insurance Company hereby makes the following disclosure:

Defendant Allstate Insurance Company, an Illinois entity, is a wholly owned subsidiary of Allstate Insurance Holdings, LLC, which is a Delaware limited liability company. Allstate Insurance Holdings, LLC is a wholly owned subsidiary of The Allstate Corporation, which is a Delaware corporation. The stock of The Allstate Corporation is publicly traded. No publicly held entity owns 10% or more of the stock of The Allstate Corporation.

Dated: April 21, 2023

WINSTON & STRAWN LLP

By: /s/ Margaret E. Dayton
Margaret E. Dayton (SBN 274353)
PEDayton@winston.com
Shui Sum Lau (SBN 345456)
SsLau@winston.com
WINSTON & STRAWN LLP
333 S. Grand Avenue
Los Angeles, CA 90017-1543
Telephone: (213) 615-1700
Facsimile: (213) 615-1750

Attorneys for Defendant
ALLSTATE INSURANCE COMPANY