UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONRAD JAMES,<br><br>        Plaintiff,<br><br>    v.<br><br>ALLSTATE INSURANCE COMPANY, et al.,<br><br>        Defendants. | Case No. 23-cv-01931-JSC<br><br>**PRETRIAL ORDER NO. 1: INITIAL CASE SCHEDULE** |

Following the July 11, 2024 initial case management conference, the Court imposes the following schedule:

| | |
|---|---|
| Deadline for Defendant to File Amended Answer: | July 19, 2024 |
| Deadline to Move to Amend Pleadings: | January 30, 2025 |
| Class certification expert report(s): | March 6, 2025 |
| Class certification rebuttal report(s): | May 3, 2025 |
| Deadline for filing Daubert motions to class certification experts: | May 16, 2025 |
| Opposition to Daubert motions: | June 6, 2025 |
| Reply in support of Daubert motions: | June 20, 2025 |
| Motion for class certification: | June 25, 2025 |
| Opposition to class certification: | July 24, 2025 |
| Reply in support of class certification: | August 7, 2025 |
| Class certification hearing: | August 28, 2025, 10:00am |

The Court will set the rest of the schedule after class certification is resolved. Fact discovery will close approximately 60 days after class certification is decided. A further case management conference is scheduled for October 10, 2024 at 1:30 p.m. An updated joint case

management conference statement is due one week in advance.  If the parties have not resolved the matter, the Court anticipates it will impose an ADR deadline at the conference.

**IT IS SO ORDERED.**

Dated:  July 11, 2024

JACQUELINE SCOTT CORLEY
United States District Judge